1  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Gray IV (202137)
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306
   Tel:  650.843.4000
4  Fax:  650.843.4001
   agray@morganlewis.com
5
   Attorneys for Plaintiff
6  Tableau Software, Inc.

**CRB**

**ORIGINAL**

**FILED**

**E-FILING**

JUL 2 8 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11        **C 06 - 04639 CRB**

12  TABLEAU SOFTWARE, INC.,              Case No.

13              Plaintiff,

14      vs.                              **COMPLAINT FOR VIOLATION OF THE
                                         CFAA; MISAPPROPRIATION OF TRADE
15  ANYASPECT KFT.,                      SECRETS AND COPYRIGHT
                                         INFRINGEMENT**
16              Defendant.
                                         DEMAND FOR JURY TRIAL
17

18      Plaintiff Tableau Software, Inc. ("Plaintiff" or "Tableau") alleges as follows:

19                          **PARTIES**

20      1.  Plaintiff Tableau is a Delaware corporation having its principal place of business

21  in Seattle, Washington.  Tableau also has a place of business in this judicial district, in Palo Alto,

22  California.  Tableau is a significant developer of, among other things, computer software that

23  allows people to explore, investigate, and analyze databases in an interactive graphical

24  environment.

25      2.  Upon information and belief, Defendant AnyAspect Kft. ("Defendant") is a

26  company organized under the laws of Hungary, with a principal place of business in Budapest,

27  Hungary.  Defendant maintains an English language website, www.anyaspect.com, through which

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6
DRAFT 7/28/06

COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

it markets computer software products to, *inter alia*, potential customers within the United States of America.

## JURISDICTION

3.   This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338(a), the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030 *et seq,* and the Copyright Act, 17 U.S.C. § 101, *et seq*, Jurisdiction over the state claims is appropriate under 28 U.S.C. § 1332 because the parties are of diverse citizenship and the value of the matter in controversy exceeds the amount of seventy-five thousand dollars ($75,000), exclusive of interest and costs, and according to 28 U.S.C. § 1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367.

## VENUE

4.   Venue is proper in this district court pursuant to 28 U.S.C. § 1391 because, *inter alia*, Defendant resides in this district for purposes of the venue statutes since it is subject to personal jurisdiction in this district.

## INTRADISTRICT ASSIGNMENT

5.   This matter should be assigned to the San Jose Division of this Court because Tableau maintains an office in Santa Clara county and because a substantial portion of the software at issue in this suit was written in Santa Clara county.

## ALLEGATIONS COMMON TO ALL CLAIMS

6.   Over a nine year period, Tableau founders Chris Stolte, Ph.D. and Pat Hanrahan, Ph.D., along with Robert Bosch and Diane Tang and many others, designed and implemented a language that addresses one of the most difficult problems in computer science: enabling people to see and understand the information in databases.  Tableau markets software that incorporates their discovery, built on a database visualization language called VizQL®.  This software allows

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2                    COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

1    customers to explore and analyze databases and spreadsheets with simple drag and drop

2    operations.

3            7.   Tableau has received industry praise and awards for its efforts, and has

4    experienced great commercial success in the marketplace.  Among other accolades, Tableau won

5    DM Review Magazine's Data Visualization Competition against roughly 40 other companies using

6    images that Tableau's staff generated using the Tableau software, earned the Platinum Award from

7    SQL Server Magazine for excellence in database reporting software, won a 2005 "Best of the

8    Year" product award from PC Magazine, and was recently named both for "Most Promising New

9    Company" and "Most Promising New Technology" by the Washington State Software Alliance,

10   the first time a single company has won both awards in 11 years.  In May 2006, Tableau attained

11   Gold Certified Partner Status with Microsoft, showing its demonstrated expertise with Microsoft

12   technologies.

13           8.   Tableau has released six versions of its software since its inception: Tableau: The

14   Visual Spreadsheet 1.0, released in December 2003; Tableau: The Visual Spreadsheet 1.1, released

15   in February 2004; Tableau: The Visual Spreadsheet 1.2, released in August 2004; Tableau 1.0,

16   released in March 2005; Tableau 1.5, released in October 2005; and Tableau 2.0, released in June

17   2006 ("Plaintiff's Software Products").  For each version, Tableau offered both a standard edition

18   and a professional edition, with the professional edition differing from the standard edition in its

19   ability to work with data stored on database servers and in data warehouses.

20           9.   Plaintiff's Software Products contain a large amount of material wholly original

21   with Tableau and are copyrightable subject matter under the laws of the United States.

22           10. Plaintiff's Software Products are worth millions of dollars, and constitute

23   Tableau's most valuable asset.

24           11. In light of the extremely high value of Plaintiff's Software Products, and in order

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6                    3          COMPLAINT FOR VIOLATION OF THE CFAA;
                                             MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
                                             INFRINGEMENT

1  to control access to Tableau's source code, Tableau has encrypted the publicly distributed object

2  code for Plaintiff's Software Products. While this technological measure allows users to execute

3  Tableau's object code and use Plaintiff's Software Products, it does not otherwise permit access to

4  the underlying computer code. In this regard, this technological measure effectively controls

5  access to Tableau's copyrighted computer code in that this encryption, in the ordinary course of its

6  operation, requires the application of information and a process/treatment with Tableau's authority

7  to gain access to the copyrighted computer code.

8  

9          12. Tableau has obtained Certificates of Registration for its copyright interests in each

10  of Plaintiff's Software Products. A true and correct copy of the Certificates of Registration (Nos.

11  TX6371571, TX6371572, TX6371570, TX6371569, TX6371574, and TX6371573) are attached

12  hereto as Exh. 1.

13  

14          13.  Tableau maintains a website, www.tableausoftware.com, through which it

15  markets its software. Potential users can request a free trial version of Plaintiff's software from

16  this website.

17          14. In April 2005, an individual named Csaba Varkoly requested a free trial version of

18  Tableau's software.

19          15. Tableau complied with Mr. Varkoly's request, and provided him with software

20  that was in encrypted object-code format. Mr. Varkoly was given Tableau 1.0.

21  

22          16. The trial version which Mr. Varkoly received included an End User License

23  Agreement ("EULA"), which provided, in part:

24               4.2  NO MODIFICATION:  You shall not modify, adapt or
                 translate the Software.  You shall not reverse engineer, decompile,
25               disassemble or otherwise attempt to discover the source code of the
                 software.
26  

27          17. In addition to the numerous positive reviews and industry accolades described

28  

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

above, Tableau's software has been reviewed on industry websites such as PC Magazine, Intelligent Enterprise, ZDNet, DMReview, Computer Reseller News, Information Week and Larkware.  At www.larkware.com, there have been reviews of Tableau 1.0, Tableau 1.5, and Tableau 2.0.

18. On or about July 8, 2006, Plaintiff was asked by one of its customers about its knowledge of AnyAspect's announcement that it would be releasing a product to compete with Tableau.  This was the first time that Plaintiff learned of Defendant and its intention to commercialize a product based on Tableau's software.

19. Soon after, Tableau learned that an individual named "Csaba" placed a comment about Tableau 2.0 on the Larkware website, described above.  The comment states: "There is a new tool in this space, Insight A2 from AnyAspect (http://www.anyaspect.com/).  Posted by Csaba at 6/21/2006 12:41:02 AM." (Exh. 2).

20. On information and belief, this is the same Csaba Varkoly who had requested a free trial in August 2005.

21. Tableau visited Defendant AnyAspect's website.  It indicates that two software products, Insight A2 Express Edition and Insight A2 Professional Edition ("Accused Products"), will be publicly available from August 1, 2006 (Exh. 3).

22. Defendant's website also provides potential customers with the option of requesting a beta (test, or trial) version of Insight A2.

23. On or about July 10, 2006, Katherine Walker visited Defendant's website, www.anyaspect.com, and requested a beta version of Defendant's product.

24. An individual named Csaba Varkoly responded to Ms. Walker's request for a beta version, reiterating the information on Defendant's website that "The beta period will end on July 30, 2006, and Insight A2 will be publicly available from August 1, 2006" and offering her a 25%

1    discount on her purchase of the software.

2        25. On or about July 13, 2006, AnyAspect made a beta version of its software

3    available for free download on its website, with no need for registration. (Exh. 3).

4        26. Tableau downloaded a beta version of Defendant's software.

5

6        27. There are many striking similarities between Plaintiff's Software Products and

7    Defendant's software. These similarities are significant because, and among other reasons, they

8    replicate bugs and/or functionality that the Accused Products do not need. Because of these many

9    similarities, Tableau believes it is highly unlikely that Defendant developed the Accused Products

10   independently of Tableau – particularly since these are programming "bugs" or minor errors in the

11   computer code that would not otherwise be made. For example: (1) There is an overlapping

12   generation of a semantically incorrect "exclusive" filter rather than an "inclusive" filter in the

13   behavior of both Tableau's Software Products and Defendant's. Essentially, if items of data are

14   selected for a calculation, i.e. more than half the total records in a field, the programming for this is

15   shorthanded. Defendant's Insight A2 demonstrates exactly the same behavior; (2) When Tableau

16

17   generates filters, it includes an "IS NULL" guard even if the data being queried is not allowed to

18   contain NULL values. Insight A2 has the exact same behavior; and (3) When Tableau plots a

19   point, a circular mark varying in size depending on the size of the value being plotted is used; to

20   accommodate the mark, the end of the data axes is made longer for larger marks. However, the

21   axes are not extended, though they should be, for data and time axes. Again, Insight A2 has

22

23   exactly the same behavior.

24        28. Upon information and belief, the above similarities, together with any number of

25   other similarities could not have occurred in a product independently developed. Therefore, and

26   also upon information and belief, Defendant has either (1) accessed and copied Tableau's source

27   code either itself or through an agent, without authorization or exceeding authorized access – or (2)

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6                    6        COMPLAINT FOR VIOLATION OF THE CFAA;
                                           MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
                                           INFRINGEMENT

1   it has reverse engineered the encrypted object code in the free trial provided to Mr. Varkoly in

2   April 2005. This source code accessed and copied by the Defendant is worth millions of dollars.

3        29. Defendant has also adopted and copied the look-and-feel of Tableau's image,

4   marketing, and business. For example: (1) Tableau's and AnyAspect's main screen user

5   interfaces are very similar in layout and look and feel. Both contain, in a left hand column,

6   database fields organized into "Dimensions" and "Measures", and an Interactive Visualization

7   feature; (2) Tableau's and AnyAspect's user interfaces are both based on a "shelf" metaphor in

8

9   which users interact with data by dragging fields from "Dimensions" and "Measures" areas onto a

10  set of shelves; (3) Tableau's marketing tagline, "Visual analysis and reporting for databases" is

11  nearly identical to that of Defendant: "Visual analysis and reporting"; (4) Tableau's product

12  segmentation into "Standard Edition" and "Professional Edition" is very similar to Defendant's:

13  "Express Edition" and "Professional Edition"; and (5) the sample databases within Tableau's and

14  AnyAspect's marketing materials both use an Excel file, show a dataset upfront, have a first row

15  formatted in dark yellow, and the sample data consists of orders processed by a large retailer.

16

17

18  **FIRST CAUSE OF ACTION**

19  **(Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*)**

20       30. Tableau's computers and computer network are protected within the meaning of

21  the CFAA because they are used in interstate or foreign communication.

22       31. Upon information and belief, in the Fall of 2004, Defendant either directly or

23  through the actions of another, intentionally accessed Tableau's computer system without

24  authorization or exceeding authorization and obtained information from a protected computer.

25       32. Defendant's conduct involved interstate or foreign communications.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

7    COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

33. The information Defendant obtained was the source code for at least one of Plaintiff's Software Products.  This source code is worth millions of dollars.

34. Defendant either directly or through the actions of another intentionally accessed a protected computer without authorization, and as a result, caused damage within the meaning of the CFAA.

35. Defendant also caused Tableau to suffer loss within the meaning of the CFAA, said loss aggregating at least $5000 in any one-year period.

36. As a result of AnyAspect's actions, Plaintiff is entitled to compensatory damages under 18 U.S.C. § 1030(g).

## SECOND CAUSE OF ACTION

### (Misappropriation of Trade Secrets Under Cal. Civ. Code §§ 3426 *et seq.*)

37. Tableau realleges and incorporates by reference Paragraphs 1 through 36.

38. Over a period of years, and at significant effort and expense, Tableau developed the source code underlying Plaintiff's Software Products.  This source code constitutes a trade secret ("Source Code Trade Secrets").

39.  The Source Code Trade Secrets give Tableau a competitive advantage over its existing and potential competitors.  Such information derives significant economic value from not being generally known by Tableau's competitors, who would obtain economic value from their disclosure.

40. Tableau has made reasonable efforts to preserve the confidentiality of the Source Code Trade Secrets, including among other things encrypting its object code and maintaining a secure internal computer network.

41. Upon information and belief, Defendant has misappropriated the Source Code Trade Secrets.  Defendant knows or has reason to know that the Source Code Trade Secrets were

1  obtained through improper means.

2        42. The actions of Defendant constitute misappropriation of trade secrets under

3  California Civil Code Sections 3426 *et seq.*

4        43. As a direct and proximate result of Defendant's misappropriation, Tableau has

5  suffered, and will continue to suffer, damages in an amount to be proven at trial.

6

7        44. Tableau alleges on information and belief that each act of misappropriation was

8  willful and malicious, entitling Tableau to the maximum amount of exemplary damages pursuant

9  to California Civil Code Section 3426.3(c).

10        45. Tableau also has suffered irreparable harm as a result of Defendant's activities and

11  will continue to suffer irreparable injury that cannot adequately be remedied at law unless

12  Defendant, and its officers, agents and employees, and all persons acting with Defendant, are

13  enjoined from engaging in any further such acts of misappropriation.

14

15              **THIRD CAUSE OF ACTION**

16      **(Copyright Infringement Under 17 U.S.C. §§ 501 *et seq.*)**

17        46. Tableau incorporates by reference Paragraphs 1 through 45.

18        47. Plaintiff's Software Products substantially consist of wholly original material

19  which is copyrightable under the laws of the United States.  Tableau has complied in all respects

20  with the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, and owns all right, title and interest in and

21  to the copyrights in Plaintiff's Software Products.

22

23        48. Upon information and belief, Defendant has copied the source code in Plaintiff's

24  Software Products without Tableau's permission, authority or license.

25        49. Upon information and belief, the Accused Products contain reproductions of

26  source code that bear a substantial similarity to, or are identical to, the source code in Plaintiff's

27  Software Products.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6            9    COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

50. Upon information and belief, Defendant has, and unless enjoined will continue to, reproduced and distributed products whose source code bears a substantial similarity to, or is identical to, the source code in Plaintiff's Software Products.

51. Upon information and belief, the look and feel of the Accused Products bears a substantial similarity to that of Plaintiff's Software Products.

52. Upon information and belief, Defendant has, and unless enjoined will continue to, reproduced and distributed products whose look and feel bears a substantial similarity to, or is identical to, that in Plaintiff's Software Products.

53. As a result of its wrongful conduct, Defendant is liable to Tableau for copyright infringement pursuant to 17 U.S.C. § 501. Tableau has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

54. Tableau is entitled to recover damages, which include its losses and any and all profits defendant has made as a result of its wrongful conduct. 17 U.S.C. § 504. Alternatively, Tableau is entitled to statutory damages under 17 U.S.C. § 504(c).

55. Tableau is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Plaintiff has no adequate remedy at law for Defendant's wrongful conduct because, among other things, (a) Tableau's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendant's infringement harms Tableau's business reputation and goodwill such that Tableau could not be made whole by any monetary award, and (c) Defendant's wrongful conduct, and resulting damage to Tableau is continuing. Pursuant to 17 U.S.C. § 502, Tableau is entitled to temporary, preliminary and permanent injunctive relief prohibiting further infringement of Tableau's copyrights.

56. In addition, Tableau is entitled to recover its attorneys' fees and costs of suit

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6                                    10

COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

1 pursuant to 17 U.S.C. § 505.

2

**PRAYER FOR RELIEF**

3
4      57. That Defendant, by its conduct, be adjudged to have violated the Computer Fraud

5 and Abuse Act ("CFAA"), 18 U.S.C. 1030 *et seq*.;

6      58. That Plaintiff be awarded compensatory damages under 18 U.S.C. § 1030(g) for

7 Defendant's violation of 18 U.S.C. § 1030;

8      59. That Defendant, by its conduct, be adjudged to have misappropriated Plaintiff's

9 Source Code Trade Secrets under the California Civil Code §§ 3426 *et seq*.;

10      60. For temporary, preliminary, and permanent injunctions (a) enjoining the

11 Defendant, its officers, agents, servants, employees, and all persons acting in concert with them or

12 on their behalf, from directly or indirectly using or disclosing Plaintiff's Source Code Trade

13 Secrets, (b) compelling the Defendant, its officers, agents, servants, employees, and all persons

14 acting in concert with them or on their behalf, to return to Plaintiff all Source Code Trade Secret

15 materials in their possession, including, but not limited to, all documents and all information stored

16 in any form of computer or electronic media, and (c) compelling Defendant, its officers, agents,

17 servants, employees, and all persons acting in concert with them or on their behalf, to take

18 reasonable measures to remove any confidential or proprietary Plaintiff Source Code Trade Secret

19
20 information and any product containing Plaintiff Source Code Trade Secret Information from any

21 publicly available source;

22      61. For damages in an amount to be proven at trial;

23      62. For treble damages pursuant to California Civil Code §§ 3426.3(c) for willful

24 misappropriation of trade secrets;

25
26      63. That Defendant, by its conduct, be adjudged and decreed to have committed acts

27 of copyright infringement under 17 U.S.C. §§ 501 *et seq*.;

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6                    11          COMPLAINT FOR VIOLATION OF THE CFAA;
                                              MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
                                              INFRINGEMENT

64. That the Defendant, its directors, officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be temporarily, preliminarily, and permanently enjoined from directly or indirectly infringing Plaintiff's copyrights pursuant to 17 U.S.C. § 502;

65. That the Court enter an Order requiring a full and complete accounting of all amounts due and owing to Plaintiff as a result of Defendant's illegal activities;

66. That the Court order Defendant to pay Plaintiff's general, special actual and statutory damages as follows:  Plaintiff's damages and Defendant's profits pursuant to 17 U.S.C. § 504(b), or in the alternative, enhanced statutory damages to 17 U.S.C. § 504(c).

67. For punitive damages;

68. For attorneys' fees and costs incurred herein as appropriate; and

69. For such other and further relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Tableau hereby requests a trial by jury .

Dated: July 28, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____

Andrew J. Gray IV (202137)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:  650.843.4000
Fax:  650.843.4001
agray@morganlewis.com

Attorneys for Plaintiff
Tableau Software, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-NY/2064540.6

12

COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

        Pursuant to Civil L.R. 3-16 and Fed.R.Civ.P. 7.1, the undersigned certifies that the

3

following listed persons, associations of persons, firms, partnerships, corporations (including

4

parent corporations) or other entities (i) have a financial interest in the subject matter in

5

controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject

6

matter or in a party that could be substantially affected by the outcome of this proceeding:

7

8
        New Enterprise Associates, investor

9
        Christian Chabot, investor

10
        Chris Stolte, investor

11
        Pat Hanrahan, investor

12
        Stanford University, investor

13
        P&E Ventures VIII, investor

14
        Cooley Godward, LLP, investor

15

16
        In addition, roughly 30 employees, advisors and professional services consultants hold

17
smaller amounts of stock or options in the company.

18

19
                                Andrew J. Gray IV
                                Attorney of Record

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

13

COMPLAINT FOR VIOLATION OF THE CFAA;
MISAPPROPRIATION OF TRADE SECRETS; AND COPYRIGHT
INFRINGEMENT

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-371-571**

EFFECTIVE DATE OF REGISTRATION

**JUL 18 2006**

Month    Day    Year

---

RATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Tableau 1.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**NAME OF AUTHOR ▼**
Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program and Associated Screen Displays

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2005

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ March   Day ▶ 31   Year ▶ 2005
ONLY if this work has been published.   U.S.A.   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
7-15-06
ONE DEPOSIT RECEIVED
7-19-06
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 7 pages

EXAMINED BY _____          FORM TX

CHECKED BY _____

☐ CORRESPONDENCE                              FOR
   Yes                                        COPYRIGHT
                                              OFFICE
                                              USE
                                              ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ _____ **Year of Registration** ▶ _____

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Tableau: The Visual Spreadsheet 1.2

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional and revised computer code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                         **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA  94306

Area code and daytime telephone number ▶ 650.843.4000                 Fax number ▶ 650.843.4001

Email ▶
      agray@morganlewis.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                        Check only one ▶  ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☑ authorized agent of  Tableau Software, Inc.
by me in this application are correct to the best of my knowledge.        _____
                                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew J. Gray IV                                              Date ▶ July 18, 2006

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate     **Name** ▼
will be         Andrew J. Gray IV
mailed in       _____
window          **Number/Street/Apt** ▼
envelope        2 Palo Alto Square; 3000 El Camino Real Suite 700
to this         _____
address:        **City/State/ZIP** ▼
                Palo Alto, CA  94306

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-371-572

EFFECTIVE DATE OF REGISTRATION

**JUL 18 2006**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Tableau 1.5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give.    **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer Program and Associated Screen Displays

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.
2005

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 15    Year ▶ 2005    U.S.A.    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**APPLICATION RECEIVED**
7-19-06
**ONE DEPOSIT RECEIVED**
1-19-06
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ~~[signature]~~                          FORM TX

CHECKED BY

☐ CORRESPONDENCE                                     FOR
   Yes                                               COPYRIGHT
                                                     OFFICE
                                                     USE
                                                     ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**            **Year of Registration ▶**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Tableau 1.0

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional and revised computer code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA  94306

Area code and daytime telephone number ▶ 650.843.4000        Fax number ▶ 650.843.4001
Email ▶  agray@morganlewis.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                            Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tableau Software, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew J. Gray IV                                    Date ▶ July 18, 2006

Handwritten signature (X) ▼

X ~~[signature]~~

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Andrew J. Gray IV

Number/Street/Apt ▼
2 Palo Alto Square; 3000 El Camino Real Suite 700

City/State/Zip ▼
Palo Alto, CA  94306

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-371-570

EFFECTIVE DATE OF REGISTRATION

**JUL 18 2006**

Month       Day       Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Tableau 2.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program and Associated Screen Displays

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2005    ◀Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 15    Year ▶ 2005
U.S.A.    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
7-18-06
ONE DEPOSIT RECEIVED
7-18-06
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions                    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  *Dron*

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: **Previous Registration Number** ▶ _____    **Year of Registration** ▶ _____

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Tableau 1.5

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional and revised computer code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼

Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA  94306

Area code and daytime telephone number ▶ 650.843.4000        Fax number ▶ 650.843.4001
Email ▶
        agray@morganlewis.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tableau Software, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew J. Gray IV                                          Date ▶ July 18, 2006

        Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Andrew J. Gray IV

Number/Street/Apt ▼
2 Palo Alto Square; 3000 El Camino Real Suite 700

City/State/ZIP ▼
Palo Alto, CA  94306

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full   Rev 07/2006   Print 07/2006 — 30,000   Printed on recycled paper                                                    U.S. Government Printing Office  2004-380-689/69,132

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-371-569

EFFECTIVE DATE OF REGISTRATION

JUL 18 2006

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Tableau: The Visual Spreadsheet 1.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program and Associated Screen Displays

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Approx. Dec    Day ▶ *15    Year ▶ 2003    Nation
U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**APPLICATION RECEIVED**
7-18-06
**ONE DEPOSIT RECEIVED**
7-18-06
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 2 pages

**\*Amended by C.O. from phone call to ANDREW J. GRAY IV OF MORGAN, LEWIS & BOCKIUS on July 27, 2006.**

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶                **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Polaris

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional and revised computer code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼
Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA  94306

Area code and daytime telephone number ▶ 650.843.4000                Fax number ▶ 650.843.4001
Email ▶
agray@morganlewis.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Tableau Software, Inc.**
of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew J. Gray IV                                        Date ▶ July 18, 2006

Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address: | Name ▼ Andrew J. Gray IV | • Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 2 Palo Alto Square; 3000 El Camino Real Suite 700 | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material |
| | City/State/ZIP ▼ Palo Alto, CA  94306 | Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 |

\*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full   Rev 07/2006   Print 07/2006 — 39,000   Printed on recycled paper                U.S. Government Printing Office 2004-320-956/60,102

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6–371–574**

EFFECTIVE DATE OF REGISTRATION

**JUL 18 2006**

Month    Day    Year

...RATE CONTINUATION SHEET.

---

**TITLE OF THIS WORK ▼**
Tableau: The Visual Spreadsheet 1.1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program and Associated Screen Displays

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Approx. February   Day ▶ 15   Year ▶ 2004
U.S.A.   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
7-18-06
ONE DEPOSIT RECEIVED
7-18-06
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Amended by C.O. from phone call to ANDREW J. GRAY IV OF MORGAN, LEWIS & BOCKIUS on July 27, 2006.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶            **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Tableau: The Visual Spreadsheet 1.0

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional and revised computer code.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA  94306

Area code and daytime telephone number ▶ 650.843.4000          Fax number ▶ 650.843.4001

Email ▶ agray@morganlewis.com

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Tableau Software, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew J. Gray IV                                      Date ▶ July 18, 2006

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Andrew J. Gray IV

Number/Street/Apt ▼
2 Palo Alto Square; 3000 El Camino Real Suite 700

City/State/ZIP ▼
Palo Alto, CA  94306

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-371-573**

*TH8886371573H*

EFFECTIVE DATE OF REGISTRATION

**JUL 18 2006**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Tableau: The Visual Spreadsheet 1.2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**
Tableau Software, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program and Associated Screen Displays

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Approx. August    Day ▶ *15    Year ▶ 2004    Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tableau Software, Inc.
400 N. 34th St., Suite 200
Seattle, WA 98103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**APPLICATION RECEIVED**
7-18-06
**ONE DEPOSIT RECEIVED**
7-18-06
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
  • See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

**\*Amended by C.O. from phone call to ANDREW J. GRAY IV OF MORGAN, LEWIS & BOCKIUS on July 27, 2006.**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Tableau: The Visual Spreadsheet 1.1

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional and revised computer code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew J. Gray IV; Morgan, Lewis & Bockius; 2 Palo Alto Square; 3000 El Camino Real Suite 700; Palo Alto, CA 94306

Area code and daytime telephone number ▶ 650.843.4000          Fax number ▶ 650.843.4001
Email ▶
  agray@morganlewis.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                              Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tableau Software, Inc.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew J. Gray IV                    Date ▶ July 18, 2006

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Andrew J. Gray IV

Number/Street/Apt ▼
2 Palo Alto Square; 3000 El Camino Real Suite 700

City/State/ZIP ▼
Palo Alto, CA 94306

\*17 USC § 508(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# EXHIBIT 2

**Comments on <u>Review: Tableau 2.0</u>**
There is a new tool in this space, Insight A2 from AnyAspect (http://www.anyaspect.com/)
Posted by  Csaba  at  6/21/2006 12:41:02 AM

**Enter Comment:**

Your Name:

Your E-mail address (optional - never displayed):

Your Web Site (optional):

[ Post Comment ]

You may use these HTML tags (only) in your comments: <b></b><i></i><u></u><br><a>

# EXHIBIT 3

AnyAspect ·                                                                                      Page 1 of 1

Visual analysis and reporting                                          anyaspect 

Home      Products      Showroom      Services      Beta Program      Company

Visual analysis

Making sense of data

## Beta Program

Insight A2 Express Edition and Insight A2 Professional Edition will be publicly available from August 1, 2006.

You can start evaluating Insight A2 by downloading the beta version (no registration required):

- Insight A2 Beta (6.2 MB Zip)

Please note that Windows XP is required to run the beta version of Insight A2. If you experience any problems during the setup or running Insight A2, please contact us at beta@anyaspect.com.

Copyright, 2005-2006, AnyAspect Kft., All Rights Reserved.