**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLEAU SOFTWARE, INC., <br><br>    Plaintiff, <br><br>  v. <br><br>ANY ASPECT KFT., <br><br>    Defendant.                     / | No. C 06-04639 CRB <br><br>**TEMPORARY RESTRAINING ORDER** |

    Good cause appearing from plaintiff's Complaint and supporting evidence, and pursuant to Federal Rule of Civil Procedure 65(b), plaintiff's Motion for a Temporary Restraining Order against defendant Any Aspect Kft. is hereby GRANTED. Defendant is hereby ENJOINED and RESTRAINED from marketing, offering for sale, selling, or otherwise distributing its Insight A2 Software Products and any other products derived from plaintiff's software products until Wednesday, August 9 at 5 p.m. Pacific Daylight Time. Plaintiff's request for a preliminary injunction will be heard before the undersigned on Tuesday, August 8, at 2 p.m. in Courtroom 8, 19th floor, of 450 Golden Gate Avenue in San Francisco, California. Plaintiff shall make a good faith effort to notify defendant of the hearing on its request for a preliminary injunction, using any appropriate means.

//

//

1  Plaintiff shall also post a bond in the amount of $5,000 no later than August 1, 2006,
2  at 5 p.m.
3  **IT IS SO ORDERED.**

Dated: August 1, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4639\order re tro.wpd              2