| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA  94306-2212<br>Tel:  650.843.4000 |
| 4 | Fax:  650.843.4001 |
| 5 | Attorneys for Plaintiff<br>Tableau Software, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLEAU SOFTWARE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANYASPECT KFT.<br><br>　　　　　　　Defendant. | Case No. C 06-04639 CRB<br><br>[~~PROPOSED~~] ORDER FOR PRELIMINARY INJUNCTION |

　　　　Good cause appearing from Plaintiff's Complaint, Plaintiff's Motion For A Temporary Restraining Order and Order To Show Cause For A Preliminary Injunction, and supporting evidence, and pursuant to Federal Rule of Civil Procedure 65, Plaintiff's Motion For A Preliminary Injunction against Defendant Any Aspect KFT. is hereby GRANTED.  Defendant is hereby ENJOINED and RESTRAINED from marketing, offering for sale, selling, or otherwise distributing its Insight A2 Software Products and any other products derived from Plaintiff's software products pending a final determination on the merits in this action.

　　　　Plaintiff shall make a good faith effort to notify Defendant of this Order for Preliminary Injunction, using any appropriate means.

　　　　Plaintiff shall also post a bond in the amount of $5,000 no later than August 21, 2006.

1  **IT IS SO ORDERED.**

2  Dated: __August 15, 2006__           _____
                                          CHARLES R. BREYER
3                                         UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED / Judge Charles R. Breyer")*