IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLEAU SOFTWARE, INC., <br>     Plaintiff, <br> v. <br> ANY ASPECT KFT., <br>     Defendant. | No. C 06-04639 CRB <br><br> **JUDGMENT** |

The Court having granted plaintiff summary judgment of liability on its copyright claim by Memorandum and Order filed June 9, 2008, and having awarded statutory damages and a permanent injunction on the copyright claim by Memorandum and Order filed August 12, 2008, and having dismissed without prejudice plaintiff's remaining claims, judgment is entered in favor of plaintiff and against defendant in the total amount of $60,000.00. In addition, defendant and its officers, directors, founders, employees, agents, contractors, affiliates, attorneys, assigns, and those acting in concert with defendant are enjoined and restrained from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity from engaging in or performing any of the following activities:

    1.    Marketing, offering for sale, selling or otherwise distributing in the United States the Insight A2 software products or any other software product derived from Tableau's software or that infringes Tableaus's copyrights;

2.  Marketing, offering for sale, selling or otherwise distributing the Insight A2 software products or any other software product derived from Tableau's software or that infringes Tableaus's copyrights on any website either accessible in the United States, including, but not limited to [www.anyaspect.hu,](www.anyaspect.hu,) or capable of being found in the United States using Internet search engines;

3.  Engaging in Internet advertising for the Insight A2 software products or any other software product derived from Tableau's software or that infringes any of Tableau's copyrights that target or appear to consumers in the United States, including but not limited to using e-mail marketing, placing banner ads, or purchasing contextual ads that are displayed along with search results on search engine results pages or matched to web pages, newsletters, or email discussions; and

4.  Using any United States-based Internet service providers or hosting services to market, offer for sale, sell or otherwise distribute the Insight A2 software products or any other software product derived from Tableau's software or that infringes any of Tableau's copyrights.

**IT IS SO ORDERED.**

Dated: August 12, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE