1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TABLEAU SOFTWARE, INC.,                    No. C 06-04639 CRB

12          Plaintiff,                          **ORDER RE AMENDING JUDGMENT**

13      v.

14   ANY ASPECT KFT.,

15          Defendant.

16   _____/

17        By Order filed August 12, 2008, the Court granted plaintiff's motion for damages and

18   a permanent injunction.  The Court denied plaintiff's request for attorney's fees without

19   prejudice on the ground that plaintiff's evidence of its fees and costs was inadequate.  Now

20   pending before the Court is plaintiff's motion to amend the judgment to include an award of

21   fees and costs.  In support of its motion it has submitted, in camera, billing records

22   supporting its request.  Although plaintiff's motion was filed more than 45 days ago,

23   defendants have not submitted an opposition and have not otherwise communicated with the

24   Court.

25        After carefully considering plaintiff's submission, the Court amends the judgment to

26   award plaintiff an additional $125,000.00 in fees and costs.  The Court deems such amount to

27   be reasonably incurred in a case that did not involve any depositions and in which the

28   //

*United States District Court*
*For the Northern District of California*

1  defendants never appeared in Court.

2    **IT IS SO ORDERED.**

3

4  Dated: October 1, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\4639\ORDERreattorneyfees.wpd          2